**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
Email: *ConsumerRights@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 115068

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RANDY HOVANCE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>WILLIAMS ALEXANDER & ASSOCIATES, INC.<br><br>Defendant. | Docket No: 2:20-cv-00856-JMA-ST |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that Plaintiff will move before the Honorable Joan M. Azrack, United States District Court Judge, United States District Court for the Eastern District of New York for an Order pursuant to Rule 55 of the Federal Rules of Civil Procedure granting a default judgment against defendant by reason of said their failure to have answered the Complaint in this action. In support of this Motion, Plaintiff relies upon the contemporaneously filed Memorandum of Law in Support of Plaintiff's Motion for Default Judgment, and the contemporaneously filed Declaration of Craig B. Sanders Esq. in Support of Plaintiff's Motion for Default Judgment, together with the exhibits annexed thereto, and the Complaint filed herein.

Plaintiff attaches the following in support of this motion:

A. Declaration of Craig B. Sanders including attachments thereto as follows:

   Exhibit 1: Time Records for Barshay Sanders, PLLC

   Exhibit 2: Itemization of Costs for Barshay Sanders, PLLC

B. Memorandum of Law

Plaintiff's counsels fees and costs are summarized below:

|  | Hours | Rate | Extended |
|---|---|---|---|
| Craig B. Sanders | 10 | $450/100 | $3905.00 |
| David M. Barshay | 2.8 | $450/100 | $1260.00 |
| Angeliza Franco | 0.3 | $90 | $27.00 |

| | |
|---|---|
| Costs (filing fee and process service): | $465.00 |
| Sub-total (costs & fees): | $5657.00 |
| Statutory Damages: | $1000.00 |
| Total Award: | $6657.00 |

The reasonableness of the hours listed above is based on Plaintiff's counsel's contemporaneous time records which are attached hereto and which reflect the hours spent on the instant litigation. As detailed in the attached documents, the work performed was all reasonably necessary and the hourly rates are commensurate with the experience, skills and qualifications of the individuals performing the task and constitute the reasonable, fair market rates of the individuals involved. The hours set forth in the time records are not "excessive, redundant or unnecessary."

Dated: Garden City, New York
May 26, 2020

**BARSHAY SANDERS, PLLC**

By: */s Craig B. Sanders*
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
*csanders@barshaysanders.com*
*Attorneys for Plaintiff*
Our File No.: 116528