**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
RANDY HOVANCE,

                        Plaintiff,

      - against -

WILLIAMS, ALEXANDER & ASSOCIATES, INC.,

                        Defendant.
----------------------------------------------------------------X

**DEFAULT JUDGMENT**
CV 20-856 (JMA) (ST)

      An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on December 29, 2020; granting Plaintiff's motion for a default judgment; and respectfully directing the Clerk of Court to enter judgment against Defendant for $1,000 in statutory damages, $4,507.00 in attorney's fees, and $465.00 in costs, it is

      **ORDERED AND ADJUDGED** that granting Plaintiff's motion for a default judgment is granted; that Plaintiff Randy Hovance is awarded $5,972.00 against Defendant Williams, Alexander & Associates, Inc.; and that this case is closed.

Dated: December 29, 2020
       Central Islip, New York

                                               DOUGLAS C. PALMER
                                               CLERK OF THE COURT
                                BY:   /S/ JAMES J. TORITTO
                                               DEPUTY CLERK